IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-4026-06-CR-C-SOW |
| | ) | |
| ANNA MARY STEPHENS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court is the Report and Recommendation of United States Magistrate William A. Knox regarding defendant's plea of guilty. Defendant Anna Mary Stephens appeared before United States Magistrate Knox by consent and entered a plea of guilty to Count 1 of the indictment filed on June 1, 2007.

Accordingly, it is hereby

ORDERED that the plea of guilty is accepted and the defendant is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date:   12/13/2007